IN RE: Marion Lamont SHERROD, Petitioner.

No. 17-1837

United States Court of Appeals, Fourth Circuit.

Submitted: November 16, 2017

Decided: November 20, 2017

Marion L. Sherrod, Petitioner Pro Se.

Before GREGORY, Chief Judge, and TRAXLER and KEENAN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marion Lamont Sherrod petitions for a writ of mandamus, complaining generally about the delay in resolving a case now pending in district court and in his pro se status for that case. The district court has scheduled Sherrod's case for trail and Sherrod is now represented by counsel. Accordingly, Sherrod is entitled to no mandamus relief. *See In re Roddy*, 810 F.3d 286, 287 (4th Cir. 2016) (holding that mandamus "relief is a drastic remedy and should be used only in extraordinary circumstances"). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*